JOHN B. AYERS, Respondent, *v.* THE WESTERN RAILROAD CORPORATION, Appellant.

Costs on appeal in an action at law are in the discretion of the court only when the judgment is reversed in part and affirmed in part, or where a new trial is granted. The addition to a judgment in this court of the words "with costs," or "without costs," cannot affect the right of the prevailing party in such action.

(Argued April 9, 1872; decided April 16, 1872.)

MOTION to correct remittitur by adding the words "with costs." The court decide as above, but add: "As we think that it (appellant) has the right to costs, we grant the motion."

*John H. Reynolds* for the appellant.

*Geo. Bliss, Jr.,* for the respondent.

Motion granted. Per CURIAM opinion.
All concur.